1212

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. DISALVO, Appellant.

Submitted January 5, 2015; decided February 19, 2015

Motion for reargument denied [*see* 24 NY3d 1138 (2014)].

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY GRAY, Appellant.

Submitted February 2, 2015; decided February 19, 2015

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LOOMAN, Appellant.

Submitted January 26, 2015; decided February 19, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of County Court entered in this proceeding commenced in Village Court (*see* NY Const, art VI, § 3 [b]; CPLR 5602 [a]).

Judges STEIN and FAHEY taking no part.